## Benton Warder, Defendant in Error, v. W. J. Lake, Plaintiff in Error.

### Gen. No. 21,116.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. John J. Sullivan, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1915. Affirmed. Opinion filed April 12, 1916.

### Statement of the Case.

Action by Benton Warder, plaintiff, against W. J. Lake, defendant, in the Municipal Court of Chicago, to recover a balance alleged to be due on an account for provisions.   To reverse a judgment for plaintiff for $71.53, defendant prosecutes this writ of error.

Donald Grover, for plaintiff in error.

M. W. Corneil, for defendant in error.

Mr. Presiding Justice Pam delivered the opinion of the court.

### Abstract of the Decision.

1.   Trial, § 305*—*what constitutes sufficient finding that defendant made unconditional promise to pay debt.*   In an action to recover the balance due on an account, where it appeared that de-

---

*See *Illinois Notes Digest,* Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

fendant had been discharged in bankruptcy since the cause of action accrued, but had since the discharge made a payment on account of the debt, a finding and judgment for plaintiff must be taken as a finding that defendant made an unconditional promise to pay the debt at the time of the payment in question.

2. BANKRUPTCY, § 85*—*when evidence sufficient to sustain finding for plaintiff in action on discharged account.* In an action to recover the balance due on an account, where it appeared that since the cause of action accrued defendant had been discharged in bankruptcy, but had since the discharge made a payment on account of the debt, a finding for plaintiff *held* not clearly and manifestly against the weight of the evidence.